# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

| | |
|---|---|
| IN RE: MCP 198 | No. 26-8037 |
| UNITED CHURCH OF CHRIST MEDIA JUSTICE MINISTRY, INC. <br><br> *Petitioner*, <br><br> v. <br><br> FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES, <br><br> *Respondents*, <br><br> SECURUS TECHNOLOGIES, LLC; NATIONAL SHERIFFS' ASSOCIATION; GLOBAL TEL*LINK, d/b/a VIAPATH TECHNOLOGIES <br><br> *Intervenors*. | No. 26-1446 |
| DIRECT ACTION FOR RIGHTS AND EQUALITY, <br><br> *Petitioner*, <br><br> v. <br><br> FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES, <br><br> *Respondents*, <br><br> SECURUS TECHNOLOGIES, LLC; NATIONAL SHERIFFS' ASSOCIATION; GLOBAL TEL*LINK, d/b/a VIAPATH TECHNOLOGIES, <br><br> *Intervenors*. | No. 26-1447 |

| | |
|---|---|
| PENNSYLVANIA PRISON SOCIETY. | No. 26-1448 |
| *Petitioner*, | |
| v. | |
| FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES, | |
| *Respondents*, | |
| SECURUS TECHNOLOGIES, LLC; NATIONAL SHERIFFS' ASSOCIATION; GLOBAL TEL*LINK, d/b/a VIAPATH TECHNOLOGIES | |
| *Intervenors*. | |
| NETWORK COMMUNICATIONS INTERNATIONAL CORPORATION. | No. 26-1449 |
| *Petitioner*, | |
| SECURUS TECHNOLOGIES, LLC; NATIONAL SHERIFFS' ASSOCIATION; GLOBAL TEL*LINK, d/b/a VIAPATH TECHNOLOGIES, | |
| *Intervenors*, | |
| v. | |
| FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES, | |
| *Respondents*, | |
| DIRECT ACTION FOR RIGHTS AND EQUALITY, INC.; PENNSYLVANIA PRISON SOCIETY; UNITED CHURCH OF CHRIST MEDIA JUSTICE MINISTRY, INC.; SECURUS TECHNOLOGIES, LLC; | |
| *Intervenors*. | |

| CRIMINAL JUSTICE REFORM CLINIC, | No. 26-1450 |
| --- | --- |

CRIMINAL JUSTICE REFORM CLINIC,

*Petitioner*,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

*Respondents*,

SECURUS TECHNOLOGIES, LLC; NATIONAL SHERIFFS' ASSOCIATION; GLOBAL TEL*LINK, d/b/a VIAPATH TECHNOLOGIES,

*Intervenors*.

## JOINT MOTION FOR BRIEFING SCHEDULE

Pursuant to Federal Rule of Appellate Procedure 27, Petitioners, Respondents, and Intervenors in the newly transferred cases in the above-captioned matters respectfully move the Court to adopt the following proposed briefing format and schedule:

**Opening Briefs – Due September 9, 2026**

- Joint Brief of Public Interest Petitioners (United Church of Christ Media Justice Ministry, Inc., Direct Action for Rights and Equality, Inc., Pennsylvania Prison Society, and Criminal Justice Reform Clinic - Petitioners in Nos. 26-1446, 26-1447, 26-1448, 16-1450) – **13,000 words**

- Brief of Network Communications International Corporation (Petitioner in No. 26-1449) – **13,000 words**

**Intervenor in Support of Petitioners Brief – Due September 16, 2026**

- Joint Brief of Securus Technologies, LLC, and Global Tel*Link (Intervenor-Petitioners in No. 26-1449) – **3,000 words**

**Respondents' Brief – Due November 9, 2026**

- Joint Brief of FCC/US (Respondents in all cases) – **25,000 words**

**Intervenor in Support of Respondents' Briefs – Due November 16, 2026**

- Joint Brief of Public Interest Intervenors (UCC/DARE/PPS - Intervenor-Respondents in 26-1449) – **3,000 words**

- Joint Brief of Securus Technologies, LLC and Global Tel*Link (Intervenor-Respondents in Nos. 26-1446, 26-1447, 26-1448, 26-1450) – **9,100 words**

- Brief of NSA (Intervenor-Respondent in Nos. 26-1446, 26-1447, 26-1448, 26-1450) – **3,000 words**

**Reply Briefs – Due December 9, 2026**

- Joint Brief of Public Interest Petitioners – **6,500 words**

- Brief of NCIC – **6,500 words**

As reflected in the above proposal, the parties have largely proposed to file joint briefs except where they are adverse to one another. While Respondents' proposed word allotment exceeds the standard length, Respondents will be addressing arguments in both opening briefs and the brief of the Intervenor-Petitioners.

The parties to these cases respectfully request that the Court adopt the proposed briefing schedule and format.

Dated: July 14, 2026          Respectfully submitted,

<u>/s/Andrew Jay Schwartzman</u>
Andrew Jay Schwartzman
525 Ninth Street, NW, Seventh Floor
Washington, DC 20004
Telephone: (202) 241-2408
andyschwartzman@gmail.com

*Counsel for Pennsylvania Prison Society*

<u>/s/Erik Stallman</u>
Erik Stallman
SAMUELSON LAW, TECHNOLOGY &
  PUBLIC POLICY CLINIC
UC Berkeley School of Law
353 Law Building
Berkeley, CA 94720
Telephone: (510) 642-2485
estallman@clinical.law.berkeley.edu

*Counsel for United Church of Christ Media Justice Ministry, Inc.*

<u>/s/Arjun R. Ramamurti</u>
Jessica Ring Amunson
Arjun R. Ramamurti
JENNER & BLOCK LLP
1099 New York Avenue NW, #900
Washington, DC 20001
Telephone: (202) 639-6000
aramamurti@jenner.com

*Counsel for Direct Action for Rights and Equality*

<u>/s/Stephen A. Raher</u>
Stephen A. Raher
4110 SE Hawthorne Blvd.
PMB #506
Portland, OR 97214
Telephone: (971) 867-2440
sraher@pdx-law.com

*Counsel for Criminal Justice Reform Clinic*

/s/Lee G. Petro
Lee G. Petro
Glenn S. Richards
Phillip J. DeRosier
Dickinson Wright PLLC
1825 Eye Street, NW
Suite 900
Washington, DC 20006
Telephone: (202) 466-5961
LPetro@Dickinson-Wright.com

*Counsel for Network Communications
International Corporation*

/s/ Robert J. Wiggers
Robert B. Nicholson
Robert J. Wiggers
    *Attorneys*
U.S. Department of Justice
Antitrust Division
950 Pennsylvania Ave. NW
Washington, DC 20530

*Counsel for United States of America*

/s/ Angela Collins
Angela Collins
Cahill Gordon & Reindel LLP
900 16th Street NW, Suite 500
Washington, D.C. 20006
Telephone: (202) 862-8930
acollins@cahill.com

*Counsel for Global Tel\*Link
Corporation d/b/a ViaPath
Technologies*

/s/ Scott H. Angstreich
Scott H. Angstreich
Kellogg, Hansen, Todd,
    Figel & Frederick, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
sangstreich@kellogghansen.com

*Counsel for Securus Technologies,
LLC*

/s/ Sarah E. Citrin
Sarah E. Citrin
    *Deputy Associate General Counsel*
Matthew J. Dunne
    *Counsel*
Federal Communications Commission
45 L Street, NE
Washington, DC 20554
Telephone: (202) 418-1740
fcclitigation@fcc.gov

*Counsel for Federal Communications
Commission*

/s/ Salvatore Taillefer, Jr.
Salvatore Taillefer, Jr.
Blooston, Mordkofsky, Dickens &
Prendergast, LLP
2120 L Street NW, Suite 825
Washington, DC 20037
Telephone: (202) 659-0830
sta@bloostonlaw.com

*Counsel for National Sheriffs'
Association*

# CERTIFICATE OF COMPLIANCE

Under Rule 27(d)(2)(A) of the Federal Rules of Appellate Procedure, I certify this Motion complies with the length limits set forth Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 275 words, as counted by Microsoft Word, excluding the items that may be exempted under Federal Rule of Appellate Procedure 27(a)(2)(B).

This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Office Word 365 in 14-point Times New Roman font.

*/s/ Arjun R. Ramamurti*
Arjun R. Ramamurti

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2026, I caused the foregoing document to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Arjun R. Ramamurti*
Arjun R. Ramamurti